**<u>EXHIBIT 1:</u>** PHOTOGRAPH #1



**EXHIBIT 1:** PHOTOGRAPH #2

