**EXHIBIT 2:** INFRINGEMENT #1

URL: https://resistthemainstream.com/nypd-officer-joins-elite-unit-continuing-9-11-hero-fathers-legacy-he-would-be-very-proud/



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://resistthemainstream.com/nypd-officer-joins-elite-unit-continuing-9-11-hero-fathers-legacy-he-would-be-very-proud/

