IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:25-cv-00146-WFJ-LSG

JAMES MESSERSCHMIDT,

    Plaintiff,

v.

RAWW DIGITAL, LLC,

    Defendant.

_____/

**DEFENDANT, RAWW DIGITAL, LLC'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT**

Defendant RAWW DIGITAL, LLC ("Defendant") hereby responds to Plaintiff, JAMES MESSERSCHMIDT's ("Plaintiff") Complaint dated January 17, 2025 [D.E. 1]. The paragraph numbers below correspond to those of the Complaint, and Defendant states as follows:

1. Admitted only as to what the action purports to be.

2. Without knowledge and therefore denied.

3. Admitted.

4. Without knowledge and therefore denied.

5. Without knowledge and therefore denied.

6. Admitted.

7. Admitted only as to jurisdiction, but otherwise denied.

8. Admitted only as to jurisdiction, but otherwise denied.

9. Admitted only as to venue, but otherwise denied.

10. Without knowledge and therefore denied.

11. Without knowledge and therefore denied.

12. Without knowledge and therefore denied.

13. Without knowledge and therefore denied.

14. The exhibit referenced speaks for itself. Otherwise, without knowledge and therefore denied.

15. The exhibit referenced speaks for itself. Otherwise, without knowledge and therefore denied.

16. No response is required.

17. Without knowledge and therefore denied.

18. Without knowledge and therefore denied.

19. Without knowledge and therefore denied.

20. Without knowledge and therefore denied.

21. Admitted that Defendant owns the Website but denied as phrased that Defendant is "responsible for its content."

22. Denied.

23. Admitted, but the profit is negligible.

24. The exhibit referenced speaks for itself.

25. Without knowledge and therefore denied.

26. Denied.

27. Without knowledge and therefore denied.

28. The exhibit referenced speaks for itself.

29. Without knowledge and therefore denied.

30. Denied.

31. Without knowledge and therefore denied.

32. Objected to based on it calling for a legal conclusion. Notwithstanding, without knowledge and therefore denied.

33. Objected to based on it calling for a legal conclusion. Notwithstanding, without knowledge and therefore denied.

34. Objected to based on it calling for a legal conclusion. Notwithstanding, without knowledge and therefore denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Objected to based on it calling for a legal conclusion. Notwithstanding, denied.

40. Denied as stated.

41. Denied.

42. Denied.

43. Denied.

44. Objected to based on it calling for a legal conclusion. Notwithstanding, denied.

45. Denied.

46. Denied.

47. Without knowledge and therefore denied.

48. Objected to based on it calling for a legal conclusion. Notwithstanding, without knowledge and therefore denied.

49. Denied.

50. No response is required.

51. Objected to based on it calling for a legal conclusion. Notwithstanding, without knowledge and therefore denied.

52. Objected to based on it calling for a legal conclusion. Notwithstanding, without knowledge and therefore denied.

53. Objected to based on it calling for a legal conclusion. Notwithstanding, without knowledge and therefore denied.

54. Objected to based on it calling for a legal conclusion. Notwithstanding, denied.

55. Objected to based on it calling for a legal conclusion. Notwithstanding, denied.

56. Objected to based on it calling for a legal conclusion. Notwithstanding, denied.

57. Objected to based on it calling for a legal conclusion. Notwithstanding, denied.

58. Objected to based on it calling for a legal conclusion. Notwithstanding, denied.

59. Objected to based on it calling for a legal conclusion. Notwithstanding, denied.

60. No response is required.

## PLAINTIFF'S PRAYER FOR RELIEF

This section contains no factual allegations and therefore requires no response. To the extent that further pleading is required, Defendant denies that Plaintiff is entitled to any relief from Defendant or the Court, as prayed for in the Complaint or otherwise. Defendant asks the Court to deny any and all relief requested by Plaintiff against Defendant in Plaintiff's Prayer for Relief and to instead award Defendant its costs and reasonable attorneys' fees under 17 U.S.C. § 505.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant's acts complained of herein are permitted and protected under the fair use provisions of the Copyright Act, 17 U.S.C. § 107.

### THIRD AFFIRMATIVE DEFENSE

If Plaintiff sustains the burden of proving that Defendant committed copyright infringement, then Defendant should be found to have not been aware and had no reason to believe that its acts constituted an infringement of copyright, and the Court in its discretion should reduce an award of statutory damages, if established, under 17 U.S.C. § 504(c)(2).

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to statutory damages under 17 U.S.C. § 412.

### FIFTH AFFIRMATIVE DEFENSE

If Plaintiff sustains the burden of proving that Defendant committed copyright infringement, and if Plaintiff establishes that an award of statutory damages is available, then it shall be deemed as innocent infringement at most, and not willful infringement under 17 U.S.C. § 504(c)(2).

### SIXTH AFFIRMATIVE DEFENSE

This action is barred by the doctrine of Laches.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff waited too long to file this action, which is barred by the Statute of Limitations.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's own conduct, which includes a history of tolerating similar uses of its copyrighted material, requires that Plaintiff be estopped from enforcing its copyright.

### NINTH AFFIRMATIVE DEFENSE

The photographs in question are not original and therefore not eligible for copyright protection.

## TENTH AFFIRMATIVE DEFENSE

Use of the photographs was so minimal or insignificant that it should not be considered copyright infringement.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff seeks to obtain his/her principal revenue from her allegedly copyrighted materials through litigation rather than licensing and/or Plaintiff uses the applicable copyright anti-competitively or otherwise in violation of public policy and, accordingly, his/her claims are barred by the doctrine of copyright misuse.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part because Plaintiff failed to use reasonable means to prevent the alleged damage and failed to use reasonable means to mitigate his/her damages.

DATED: February 19, 2025                Respectfully submitted,

                                        _/s/__Darren A. Heitner_____
                                        Darren A. Heitner, Esq.
                                        **Heitner Legal, P.L.L.C.**
                                        215 Hendricks Isle
                                        Fort Lauderdale, FL 33301
                                        Tel.: 954-558-6999
                                        Fax: 954-927-3333
                                        Email: Darren@HeitnerLegal.com
                                        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025 a copy of the foregoing document was filed electronically via the Court's Electronic Case Filing System and thereby served upon all counsel of record.

                                              _/s/  Darren A. Heitner_  
                                              Darren A. Heitner, Esq.